IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES, et al.,<br><br>          Plaintiffs,<br><br>     vs.<br><br>LEANNE MARTEN, et al.,<br><br>          Defendants. | CV 20-179-M-DWM<br><br>JUDGMENT |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**  **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in accordance with the Court's Opinion and Order, Doc. 27, filed this date. The 2019 ROD is vacated and this matter is remanded for further agency action consistent with the Order.

Dated this 13th day of December, 2021.

TYLER P. GILMAN, CLERK

By: /s/ Nicole Stephens
Nicole Stephens, Deputy Clerk