IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES; NATIVE ECOSYSTEMS COUNCIL,<br><br>Plaintiffs,<br><br>vs.<br><br>LEANNE MARTEN, Regional Forester of Region One of the U.S. Forest Service, UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture, and UNITED STATES FISH & WILDLIFE SERVICE, an agency of the U.S. Department of Interior,<br><br>Defendants. | CV 20-179-M-DWM<br><br><br><br>ORDER |

The parties have filed a Notice of Settlement and Joint Motion for Withdrawal of EAJA Motion (Doc. 35.) In the Notice and Joint Motion, the parties indicate they have reached a Stipulated Agreement on Plaintiffs' Motion for Attorney Fees & Other Costs & Expenses (Doc. 29). The parties therefore jointly request to withdraw Plaintiffs' motion.

IT IS ORDERED that Plaintiffs' Motion for Attorney Fees & Other Costs & Expenses (Doc. 29) is WITHDRAWN.

DATED this 16th day of March, 2022.

Donald W. Molloy, District Judge
United States District Court